**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-7029**

---

ROBERT GENE BAILEY, The Source,

Plaintiff - Appellant,

v.

CLARENCE GADDY; NORTH CAROLINA DIVISION OF MOTOR VEHICLES;
JOSEPH I. GARDNER; BILL TOMAN; R. M. ASHLEY; K. D. MACKEY;
P. J. GRAHAM; RODNEY SMITH; UNKNOWN FEMALE OFFICER,

Defendants - Appellees.

---

**No. 09-7150**

---

ROBERT GENE BAILEY,

Plaintiff - Appellant,

v.

STEVEN BUTLER, SR.; KIMBERLA BUTLER; NORTH CAROLINA DIVISION
OF MOTOR VEHICLES; JOSEPH I. GARDNER; BILL TOMAN; R. M.
ASHLEY; K. D. MACKEY; P. J. GRAHAM; RODNEY SMITH; UNKNOWN
FEMALE OFFICER,

Defendants - Appellees.

---

**No. 09-7153**

---

ROBERT GENE BAILEY,

Plaintiff - Appellant,

v.

ANGELA CAROL SIMPSON; NORTH CAROLINA DIVISION OF MOTOR
VEHICLES; JOSEPH GARDNER; BILL TOMAN; R. M. ASHLEY; K. D.
MACKEY; P. J. GRAHAM; RODNEY SMITH; UNKNOWN FEMALE OFFICER,

Defendants - Appellees.

---

**No. 09-7154**

---

ROBERT GENE BAILEY,

Plaintiff - Appellant,

v.

LO'TERIA SHAVONE MARSH; NORTH CAROLINA DIVISION OF MOTOR
VEHICLES; JOSEPH GARDNER; BILL TOMAN; R. M. ASHLEY; K. D.
MACKEY; P. J. GRAHAM; RODNEY SMITH; UNKNOWN FEMALE OFFICER,

Defendants - Appellees.

---

**No. 09-7158**

---

ROBERT GENE BAILEY,

Plaintiff - Appellant,

v.

JILL LOWERY; RONALD LOWERY; NORTH CAROLINA DIVISION OF MOTOR
VEHICLES; JOSEPH GARDNER; BILL TOMAN; R. M. ASHLEY; K. D.
MACKEY; P. J. GRAHAM; RODNEY SMITH; UNKNOWN FEMALE OFFICER,

Defendants - Appellees.

2

**No. 09-7159**

ROBERT GENE BAILEY,

             Plaintiff - Appellant,

        v.

WILLIAM BLUE; NORTH CAROLINA DIVISION OF MOTOR VEHICLES;
JOSEPH GARDNER; BILL TOMAN; R. M. ASHLEY; K. D. MACKEY; P.
J. GRAHAM; RODNEY SMITH; UNKNOWN FEMALE OFFICER,

             Defendants - Appellees.

Appeals from the United States District Court for the Eastern
District of North Carolina, at Wilmington, Fayetteville, and
Raleigh.  James C. Fox, Senior District Judge. (5:09-cv-00060-
F; 5:09-cv-00153-F; 5:09-cv-00084-F; 5:09-cv-00180-F; 5:09-cv-
00194-F; 5:09-cv-00195-F)

Submitted:  November 23, 2009      Decided:  December 28, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Gene Bailey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

3

PER CURIAM:

In these consolidated appeals, Robert Gene Bailey appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaints under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the records and find that these appeals are frivolous. Accordingly, we dismiss the appeals for the reasons stated by the district court. Bailey v. Gaddy, No. 5:09-cv-00060-F (E.D.N.C. May. 12, 2009); Bailey v. Butler, No. 5:09-cv-00153-F (E.D.N.C. June 11, 2009); Bailey v. Simpson, No. 5:09-cv-00084-F (E.D.N.C. June 11, 2009); Bailey v. Marsh, No. 5:09-cv-00180-F (E.D.N.C. June 11, 2009); Bailey v. Lowery, No. 5:09-cv-00194-F (E.D.N.C. June 11, 2009); and Bailey v. Blue, No. 5:09-cv-00195-F (E.D.N.C. June 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED